UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EMZILE LEE WILBURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07-CV-1444-DJS |
| ) | |
| ST. LOUIS CITY JUSTICE CENTER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this   5th   day of October, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE